**Order entered February 25, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01030-CR

**RICKY PEDRO GARZA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-81559-2011**

## ORDER

The Court **REINSTATES** the appeal.

On January 24, 2013, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On February 20, 2013, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the January 24, 2013 order requiring findings.

We **GRANT** the February 20, 2013 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/      DAVID EVANS
       JUSTICE